1  Kevin R. Sutherland (State Bar No. 163746)
   Kevin O. Moon (State Bar No. 246792)
2  CLYDE & CO US LLP
   101 Second Street, 24th Floor
3  San Francisco, California 94105
   Telephone:  (415) 365-9800
4  Facsimile:  (415) 365-9801
   Email:      kevin.sutherland@clydeco.us
5              kevin.moon@clydeco.us

6  Attorneys for Defendant
   EMIRATES
7

8  John D. Barr (State Bar No. 40663)
   Douglas Mudford (State Bar No. 156392)
9  David Case (State Bar No. 56701)
   Estee Lewis (State Bar No. 268358)
10 Cathleen T. Barr (State Bar No. 295538)
   BARR & MUDFORD, LLP
11 1824 Court Street / P.O. Box 994390
   Redding, California 96099-4390
12 Telephone:  (530) 243-8008
   Facsimile:  (530) 243-1648
13 Email:      caseemail@ca-lawyer.com

14 Attorneys for Plaintiff
   JUDY GARRETT
15

                    UNITED STATES DISTRICT COURT
16
                    EASTERN DISTRICT OF CALIFORNIA
17

18

19 | JUDY GARRETT,                              | Case No.: 2:14-cv-02717-TLN-CMK
   |                                            |
20 |         Plaintiff,                         | STIPULATION TO TRIAL OF ALL
   |                                            | ISSUES BY COURT SITTING
21 |     v.                                     | WITHOUT A JURY; ORDER
   |                                            |
22 | EMIRATES WHICH WILL DO                     | [Fed. R. Civ. Proc. 39]
   | BUSINESS IN CALIFORNIA AS                  |
23 | EMIRATES AIRLINE; and DOES 1               |
   | through 50, inclusive,                     |
24 |                                            |
   |         Defendants.                        |
25 |                                            |

26

27         Plaintiff Judy Garrett, by and through her counsel of record, Barr &

28 Mudford, LLP, and defendant Emirates, by and through its counsel of record,

---

STIPULATION TO TRIAL OF ALL ISSUES BY COURT SITTING WITHOUT A JURY;
ORDER

Clyde & Co US LLP, hereby stipulate as follows.

WHEREAS, on April 9, 2015, the Court issued a Pretrial Scheduling Order in this case;

WHEREAS, in connection with the Pretrial Scheduling Order, the Court has noted that, in the parties' Joint Status Report, plaintiff has demanded a jury trial but Emirates has contended that plaintiff is not entitled to a jury trial because Emirates is an agency or instrumentality of a foreign state;

WHEREAS, the Court issued an Order dated April 9, 2015, requesting briefing as to whether plaintiff is entitled to a jury trial; and

WHEREAS, the parties have met and conferred regarding the issue of whether plaintiff is entitled to a jury trial and have agreed as follows.

IT IS HEREBY STIPULATED by and between plaintiff and Emirates that:

1. Emirates is an agency or instrumentality of a foreign state pursuant to 28 U.S.C. Section 1603(a);
2. The trial of this case on all issues should be by the Court sitting without a jury pursuant to 28 U.S.C. Sections 1330(a) and 1441(d); and
3. Good cause exists for the Court to vacate its Order dated April 9, 2015, requiring briefing by the parties on the foregoing issues.

IT IS SO STIPULATED.

Dated: April 20, 2015

CLYDE & CO US LLP

By: /s/_____
KEVIN R. SUTHERLAND
KEVIN O. MOON
Attorneys for Defendant
EMIRATES

Dated: April 17, 2015

BARR & MUDFORD, LLP

By: /s/_____
    JOHN D. BARR
    ESTEE LEWIS
    Attorneys for Plaintiff
    JUDY GARRETT

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore.

IT IS HEREBY ORDERED THAT:

1. Emirates is an agency or instrumentality of a foreign state pursuant to 28 U.S.C. Section 1603(a);
2. The trial of this case shall be by the Court sitting without a jury pursuant to 28 U.S.C. Sections 1330(a) and 1441(d); and
3. The Court's Order dated April 9, 2015, requiring briefing on the issue as to whether plaintiff is entitled to a jury trial is hereby vacated.

IT IS SO ORDERED.

Dated: April 23, 2015

_____
Troy L. Nunley
United States District Judge