1 | John Douglas Barr (State Bar No. 40663)
Troy Douglas Mudford (State Bar No. 156392)
2 | Estee Lewis (State Bar No. 268358)
Cathleen Theresa Barr (State Bar No. 295538)
3 | BARR & MUDFORD LLP
1824 Court Street / P.O. Box 994390
4 | Redding, California 96099-4390
Telephone:     (530) 243-8008
5 | Facsimile:     (530) 243-1648

6 | Attorneys for Plaintiff, JUDY GARRETT

7 |

8 | Kevin R. Sutherland (State Bar No. 163746)
Kevin O. Moon (State Bar No. 246792)
CLYDE & CO US LLP
9 | 101 Second Street, 24th Floor
San Francisco, California 94105
10 | Telephone:     (415) 365-9800
Facsimile:     (415) 365-9801
11 | Email:     kevin.sutherland@clydeco.us
                kevin.moon@clydeco.us
12 |

13 | Attorneys for Defendant, EMIRATES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GARRETT, | No.  2:14-CV-02717-TLN-CMK |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND THE DISCOVERY CUT OFF, EXPERT DISCLOSURE AND DISPOSITIVE MOTION DATES** |
| vs. | |
| EMIRATES WHICH WILL DO BUSINESS IN CALIFORNIA AS EMIRATES AIRLINE; and DOES 1 through 50, Inclusive, | **Trial Date : January 30, 2017** |
| Defendants. | |

**THE PARTIES HERETO**, by and through their respective counsel, stipulate as follows:

WHEREAS, the discovery cut-off date in this matter is February 19, 2016;

WHEREAS, the expert disclosure date in this matter is April 22, 2016;

Stipulation and Order to Extend Discovery, Expert Disclosure and Disp. Mtn Dates

WHEREAS, the dispositive motion cut-off date in this matter is August 25, 2016;

WHEREAS, the Final Pre-Trial Conference is set for November 17, 2016 at 2:00 p.m. and Trial is set for January 30, 2017 at 9:00 a.m.;

WHEREAS, plaintiff's counsel represent that Ms. Garrett filed a Chapter 7 bankruptcy on August 30, 2013, in the United States District Court, Eastern District of California, Case #13-31499-B-7;

WHEREAS, discovery was delayed in this case while plaintiff's counsel sought approval from the bankruptcy court for Barr & Mudford LLP to be retained as special counsel for the bankruptcy estate to handle the personal injury action (which was approved on October 7, 2015), and while plaintiff's counsel sought approval from the bankruptcy court for an agreement that any settlement in this case would be split between Ms. Garrett and the bankruptcy estate (which was granted on December 22, 2015); and

WHEREAS, by this Stipulation, the parties do not seek to have the Final Pre-Trial Conference or the Trial dates continued.

**THEREFORE, the parties hereby stipulate, by and through their respective counsel, that**:

1. The discovery cut-off date currently set for February 19, 2016, should be continued to June 17, 2016;

2. The expert witness disclosure date currently set for April 22, 2016, should be continued to August 1, 2016;

3. The dispositive motion cut-off date currently set for August 25, 2016, should be continued **to September 22, 2016**; and

4. The Final Pretrial Conference and Trial dates and times remain as currently scheduled.

1   DATED: January 21, 2016                    BARR & MUDFORD, LLP
2                                                /s/  Estee Lewis
                                               DUGAN BARR
3                                              ESTEE LEWIS
                                               Attorneys for Plaintiff, JUDY GARRETT
4

5   DATED: January 21, 2016                    CLYDE & CO US LLP

6                                                /s/  Kevin O. Moon
7                                              KEVIN R. SUTHERLAND
                                               KEVIN O. MOON
8                                              Attorneys for Defendant, EMIRATES

9

10      **IT IS HEREBY ORDERED THAT:**

11      1.      The discovery cut-off date currently set for February 19, 2016, is extended to

12              June 17, 2016;

13      2.      The expert witness disclosure date currently set for April 22, 2016, is extended to

14              August 1, 2016;

15

16      3.      The dispositive motion cut-off date currently set for August 25, 2016, is

17              extended to September 29, 2016; and

18      4.      The Final Pretrial Conference and Trial dates and times remain as currently

19              scheduled.

20      **IT IS SO ORDERED.**

21

22   Dated: January 25, 2016

23

24                                             _____
                                               Troy L. Nunley
25                                             United States District Judge

26

27

28