1  John Douglas Barr (State Bar No. 40663)
   Troy Douglas Mudford (State Bar No. 156392)
2  Estee Lewis (State Bar No. 268358)
   Cathleen Theresa Barr (State Bar No. 295538)
3  BARR & MUDFORD LLP
   1824 Court Street / P.O. Box 994390
4  Redding, California 96099-4390
   Telephone:    (530) 243-8008
5  Facsimile:    (530) 243-1648
   Email:        dugan@ca-lawyer.com / estee@ca-lawyer.com
6
   Attorneys for Plaintiff, JUDY GARRETT
7

8  Kevin R. Sutherland (State Bar No. 163746)
   Kevin O. Moon (State Bar No. 246792)
9  CLYDE & CO US LLP
   101 Second Street, 24th Floor
10 San Francisco, California 94105
   Telephone:    (415) 365-9800
11 Facsimile:    (415) 365-9801
   Email:        kevin.sutherland@clydeco.us / kevin.moon@clydeco.us
12
   Attorneys for Defendant, EMIRATES
13

14                    **UNITED STATES DISTRICT COURT**

15                     **EASTERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| JUDY GARRETT, | No. 2:14-CV-02717-TLN-CMK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR EMIRATES' MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| EMIRATES WHICH WILL DO BUSINESS IN CALIFORNIA AS EMIRATES AIRLINE; and DOES 1 through 50, Inclusive, | Trial Date : January 30, 2017 |
| Defendants. | |

24    **THE PARTIES HERETO**, by and through their respective counsel, stipulate as

25  follows:

26    WHEREAS, defendant Emirates' Motion for Summary Judgment was filed on April 4,

27  2016;

28

---

Stipulation and Order to Extend Dates for Emirates' Motion for Summary Judgment

1  WHEREAS, the current hearing date for defendant Emirates' Motion for Summary Judgment in this matter is May 5, 2016;

WHEREAS, under the current briefing schedule, the deadline for plaintiff Judy Garrett to file an opposition to defendant Emirates' Motion for Summary Judgment is April 21, 2016;

WHEREAS, plaintiff's counsel, Estee Lewis, represents that she attended a continuing legal education seminar in Southern California from <u>April 4, 2016 to April 8, 2016</u> and will be gone from <u>April 14, 2016 to April 21, 2016</u> for a five day trial intensive program; and

WHEREAS, due to the continuing legal education seminars, plaintiff's counsel represents that she does not have sufficient time to adequately investigate and draft an opposition to defendant Emirates' Motion for Summary Judgment in this matter by April 21, 2016.

**THEREFORE, the parties hereby stipulate, by and through their respective counsel, that**:

1. The hearing date for Emirates' Motion for Summary Judgment, currently set for May 5, 2016, should be continued to **May 19, 2016**;

2. The deadline for plaintiff Judy Garrett to file an Opposition to Emirates' Motion for Summary Judgment, currently set for April 21, 2016, should be continued to **May 5, 2016**; and

3. The deadline for Emirates to file a Reply to Opposition by plaintiff Judy Garrett to Emirates' Motion for Summary Judgment, currently set for April 28, 2016, should be continued to **May 12, 2016**.

DATED: April 12, 2016          BARR & MUDFORD, LLP

　　　　　　　　　　　　　　　 /s/  Estee Lewis
　　　　　　　　　　　　　　　DUGAN BARR
　　　　　　　　　　　　　　　ESTEE LEWIS
　　　　　　　　　　　　　　　Attorneys for Plaintiff, JUDY GARRETT

DATED: April 12, 2016                               CLYDE & CO US LLP

                                                 /s/ Kevin O. Moon
                                                KEVIN R. SUTHERLAND
                                                KEVIN O. MOON
                                                Attorneys for Defendant, EMIRATES

**IT IS HEREBY ORDERED THAT:**

1. The hearing date for Emirates' Motion for Summary Judgment is continued to **May 19, 2016**;

2. The deadline for plaintiff Judy Garrett to file an Opposition to Emirates' Motion for Summary Judgment is continued to **May 5, 2016**; and

3. The deadline for Emirates to file a Reply to Opposition by plaintiff Judy Garrett to Emirates' Motion for Summary Judgment is continued to **May 12, 2016**.

**IT IS SO ORDERED.**

Dated: April 12, 2016

                                                Troy L. Nunley
                                                United States District Judge