Kevin R. Sutherland (State Bar No. 163746)
Kevin O. Moon (State Bar No. 246792)
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone:  (415) 365-9800
Facsimile:  (415) 365-9801
Email:  kevin.sutherland@clydeco.us
        kevin.moon@clydeco.us

Attorneys for Defendant
EMIRATES

John D. Barr (State Bar No. 40663)
Douglas Mudford (State Bar No. 156392)
David Case (State Bar No. 56701)
Estee Lewis (State Bar No. 268358
Cathleen T. Barr (State Bar No. 295538)
BARR & MUDFORD, LLP
1824 Court Street / P.O. Box 994390
Redding, California 96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648
Email:  caseemail@ca-lawyer.com

Attorneys for Plaintiff
JUDY GARRETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GARRETT,<br><br>     Plaintiff,<br><br>     v.<br><br>EMIRATES WHICH WILL DO BUSINESS IN CALIFORNIA AS EMIRATES AIRLINE; and DOES 1 through 50, inclusive,<br><br>     Defendants. | Case No.: 2:14-cv-02717-TLN-CMK<br><br>STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES AND TRIAL DATE<br><br>Trial Date : January 30, 2017 |

THE PARTIES HERETO, by and through their respective counsel, stipulate as follows:

WHEREAS, Emirates' Motion for Summary Judgment was filed on April 4, 2016;

WHEREAS, Emirates' Motion for Summary Judgment was deemed submitted by the Court on May 13, 2016;

WHEREAS, the parties are awaiting this Court's decision regarding Emirates' Motion for Summary Judgment;

WHEREAS, further preparation for trial, including expert disclosures and discovery, would be unnecessary if Emirates' Motion for Summary Judgment is granted;

WHEREAS, the expert witness disclosure date is August 1, 2016;

WHEREAS, the dispositive motion cut-off date is September 22, 2016;

WHEREAS, the Final Pre-Trial Conference is set for November 17, 2016 at 2:00 p.m.;

WHEREAS, Trial is set for January 30, 2017 at 9:00 a.m.;

WHEREAS, the parties have met and conferred regarding the deadlines above; and

WHEREAS, good cause exists to extend the pretrial deadlines and trial date.

THEREFORE, the parties hereby stipulate, by and through their respective counsel, that:

1. The expert witness disclosure date currently set for August 1, 2016 should be continued to **February 1, 2017**;
2. The dispositive motion cut-off date currently set for September 22, 2016 should be continued to **March 22, 2017**;
3. The Final Pretrial Conference currently set for November 17, 2016 at 2:00 p.m. should be continued to **May 16, 2017 at 2:00 p.m.**;

4. The Trial date currently set for January 30, 2017 at 9:00 a.m. should be continued to **July 10, 2017 at 9:00 a.m.**

IT IS SO STIPULATED.

Dated: July 7, 2016         CLYDE & CO US LLP

By: /s/_____
    KEVIN R. SUTHERLAND
    KEVIN O. MOON
    Attorneys for Defendant
    EMIRATES

Dated: July 7, 2016         BARR & MUDFORD, LLP

By: /s/_____
    JOHN D. BARR
    ESTEE LEWIS
    Attorneys for Plaintiff
    JUDY GARRETT

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore.

IT IS HEREBY ORDERED THAT:

1. The expert witness disclosure date currently set for August 1, 2016 is continued to **February 1, 2017**;

2. The dispositive motion cut-off date currently set for September 22, 2016 is continued to **March 23, 2017**;

3. The Final Pretrial Conference currently set for November 17, 2016 at 2:00 p.m. is continued to **May 18, 2017 at 2:00 p.m.**;

4. The Bench Trial date currently set for January 30, 2017 at 9:00 a.m. is continued to **July 10, 2017 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: July 11, 2016

_____
Troy L. Nunley
United States District Judge