Kevin R. Sutherland (State Bar No. 163746)
Kevin O. Moon (State Bar No. 246792)
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone:   (415) 365-9800
Facsimile:   (415) 365-9801
Email:         kevin.sutherland@clydeco.us
                   kevin.moon@clydeco.us

Attorneys for Defendant
EMIRATES

John D. Barr (State Bar No. 40663)
Douglas Mudford (State Bar No. 156392)
David Case (State Bar No. 56701)
Estee Lewis (State Bar No. 268358
Cathleen T. Barr (State Bar No. 295538)
BARR & MUDFORD, LLP
1824 Court Street / P.O. Box 994390
Redding, California 96099-4390
Telephone:   (530) 243-8008
Facsimile:   (530) 243-1648
Email:         caseemail@ca-lawyer.com

Attorneys for Plaintiff
JUDY GARRETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GARRETT,<br><br>            Plaintiff,<br><br>     v.<br><br>EMIRATES WHICH WILL DO BUSINESS IN CALIFORNIA AS EMIRATES AIRLINE; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 2:14-cv-02717-TLN-CMK<br><br>STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES AND TRIAL DATE<br><br>Trial Date : July 10, 2017 |

1    THE PARTIES HERETO, by and through their respective counsel, stipulate
2 as follows:
3    WHEREAS, Emirates' Motion for Summary Judgment was filed on April 4,
4 2016;
5    WHEREAS, Emirates' Motion for Summary Judgment was deemed
6 submitted by the Court on May 13, 2016;
7    WHEREAS, the parties are awaiting this Court's decision regarding
8 Emirates' Motion for Summary Judgment;
9    WHEREAS, further preparation for trial, including expert disclosures and
10 discovery, would be unnecessary if Emirates' Motion for Summary Judgment is
11 granted;
12    WHEREAS, the expert witness disclosure date is February 1, 2017;
13    WHEREAS, the dispositive motion cut-off date is March 23, 2017;
14    WHEREAS, the Final Pre-Trial Conference is set for May 18, 2017 at 2:00
15 p.m.;
16    WHEREAS, Trial is set for July 10, 2017 at 9:00 a.m.;
17    WHEREAS, the parties have met and conferred regarding the deadlines
18 above; and
19    WHEREAS, good cause exists to extend the pretrial deadlines and trial date.
20    THEREFORE, the parties hereby stipulate, by and through their
21 respective counsel, that:
22    1. The expert witness disclosure date currently set for February 1, 2017
23       should be continued to **August 1, 2017**;
24    2. The dispositive motion cut-off date currently set for March 23, 2017
25       should be continued to **September 21, 2017**;
26    3. The Final Pretrial Conference currently set for May 18, 2017 at 2:00 p.m.
27       should be continued to **November 16, 2017 at 2:00 p.m.**;
28

4. The Trial date currently set for July 10, 2017 at 9:00 a.m. should be continued to **January 15, 2018 at 9:00 a.m.**

IT IS SO STIPULATED.

Dated: December 28, 2016     CLYDE & CO US LLP

By: _____
KEVIN R. SUTHERLAND
KEVIN O. MOON
Attorneys for Defendant
EMIRATES

Dated: December 28, 2016     BARR & MUDFORD, LLP

By: _____
JOHN D. BARR
ESTEE LEWIS
Attorneys for Plaintiff
JUDY GARRETT

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore.

IT IS HEREBY ORDERED THAT:

1. The expert witness disclosure date currently set for February 1, 2017 should be continued to **August 1, 2017**;
2. The dispositive motion cut-off date currently set for March 23, 2017 should be continued to **September 21, 2017**;
3. The Final Pretrial Conference currently set for May 18, 2017 at 2:00 p.m. should be continued to **November 16, 2017 at 2:00 p.m.**;
4. The Bench Trial date currently set for July 10, 2017 at 9:00 a.m. should be continued to **January 29, 2018 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: January 3, 2017

_____
Troy L. Nunley
United States District Judge