| | |
|---|---|
| 1 | Kevin R. Sutherland (State Bar No. 163746) |
| | Kevin O. Moon (State Bar No. 246792) |
| 2 | CLYDE & CO US LLP |
| | 101 Second Street, 24th Floor |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 365-9800 |
| 4 | Facsimile: (415) 365-9801 |
| | Email: kevin.sutherland@clydeco.us |
| 5 | kevin.moon@clydeco.us |
| 6 | Attorneys for Defendant |
| | EMIRATES |
| 7 | |
| 8 | John D. Barr (State Bar No. 40663) |
| | Douglas Mudford (State Bar No. 156392) |
| 9 | David Case (State Bar No. 56701) |
| | Estee Lewis (State Bar No. 268358 |
| 10 | Cathleen T. Barr (State Bar No. 295538) |
| | BARR & MUDFORD, LLP |
| 11 | 1824 Court Street / P.O. Box 994390 |
| | Redding, California 96099-4390 |
| 12 | Telephone: (530) 243-8008 |
| | Facsimile: (530) 243-1648 |
| 13 | Email: caseemail@ca-lawyer.com |
| 14 | Attorneys for Plaintiff |
| | JUDY GARRETT |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GARRETT, | Case No.: 2:14-cv-02717-TLN-CMK |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES AND TRIAL DATE |
| v. | |
| EMIRATES WHICH WILL DO BUSINESS IN CALIFORNIA AS EMIRATES AIRLINE; and DOES 1 through 50, inclusive, | Trial Date : January 29, 2018 |
| Defendants. | |

STIPULATION AND ORDER TO EXTEND
PRETRIAL DEADLINES AND TRIAL DATE

THE PARTIES HERETO, by and through their respective counsel, stipulate as follows:

WHEREAS, Emirates' Motion for Summary Judgment was filed on April 4, 2016;

WHEREAS, Emirates' Motion for Summary Judgment was deemed submitted by the Court on May 13, 2016;

WHEREAS, the parties are awaiting this Court's decision regarding Emirates' Motion for Summary Judgment;

WHEREAS, further preparation for trial, including expert disclosures and discovery, would be unnecessary if Emirates' Motion for Summary Judgment is granted;

WHEREAS, the expert witness disclosure date is August 1, 2017;

WHEREAS, the dispositive motion cut-off date is September 21, 2017;

WHEREAS, the Final Pre-Trial Conference is set for November 16, 2017 at 2:00 p.m.;

WHEREAS, Trial is set for January 29, 2018 at 9:00 a.m.;

WHEREAS, the parties have met and conferred regarding the deadlines above; and

WHEREAS, good cause exists to extend the pretrial deadlines and trial date.

THEREFORE, the parties hereby stipulate, by and through their respective counsel, that:

1. The expert witness disclosure date currently set for August 1, 2017 should be continued to February 1, 2018;
2. The dispositive motion cut-off date currently set for September 21, 2017 should be continued to March 22, 2018;
3. The Final Pretrial Conference currently set for November 16, 2017 at 2:00 p.m. should be continued to May 17, 2018 at 2:00 p.m.

4. The Trial date currently set for January 29, 2018 at 9:00 a.m. should be continued to July 30, 2018 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: June___, 2017          CLYDE & CO US LLP


                              By: _____/s/_____
                                  KEVIN R. SUTHERLAND
                                  KEVIN O. MOON
                                  Attorneys for Defendant
                                  EMIRATES


Dated: June___, 2017          BARR & MUDFORD, LLP


                              By: _____/s/_____
                                  JOHN D. BARR
                                  ESTEE LEWIS
                                  Attorneys for Plaintiff
                                  JUDY GARRETT

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore.

IT IS HEREBY ORDERED THAT:

1. The expert witness disclosure date currently set for August 1, 2017 is continued to **February 1, 2018**;
2. The dispositive motion cut-off date currently set for September 21, 2017 is continued to **March 22, 2018**;
3. The Final Pretrial Conference currently set for November 16, 2017 at 2:00 p.m. is continued to **May 17, 2018 at 2:00 p.m.**;
4. The Trial date currently set for January 29, 2018 at 9:00 a.m. is continued to **July 30, 2018 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: June 9, 2017

_____
Troy L. Nunley
United States District Judge