Kevin R. Sutherland (State Bar No. 163746)
Kevin O. Moon (State Bar No. 246792)
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone:  (415) 365-9800
Facsimile:  (415) 365-9801
Email:       kevin.sutherland@clydeco.us
             kevin.moon@clydeco.us

Attorneys for Defendant
EMIRATES


John D. Barr (State Bar No. 40663)
Douglas Mudford (State Bar No. 156392)
David Case (State Bar No. 56701)
Estee Lewis (State Bar No. 268358
Cathleen T. Barr (State Bar No. 295538)
BARR & MUDFORD, LLP
1824 Court Street / P.O. Box 994390
Redding, California 96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648
Email:       caseemail@ca-lawyer.com

Attorneys for Plaintiff
JUDY GARRETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GARRETT, | Case No.: 2:14-cv-02717-TLN-CMK |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES AND TRIAL DATE |
| v. | |
| EMIRATES WHICH WILL DO BUSINESS IN CALIFORNIA AS EMIRATES AIRLINE; and DOES 1 through 50, inclusive, | Trial Date : July 30, 2018 |
| Defendants. | |

/ /

/ /

/ /

STIPULATION AND ORDER TO EXTEND
PRETRIAL DEADLINES AND TRIAL DATE

THE PARTIES HERETO, by and through their respective counsel, stipulate as follows:

WHEREAS, Emirates' Motion for Summary Judgment was filed on April 4, 2016;

WHEREAS, Emirates' Motion for Summary Judgment was deemed submitted by the Court on May 13, 2016;

WHEREAS, the parties are awaiting this Court's decision regarding Emirates' Motion for Summary Judgment;

WHEREAS, further preparation for trial, including expert disclosures and discovery, would be unnecessary if Emirates' Motion for Summary Judgment is granted;

WHEREAS, the expert witness disclosure date is February 1, 2018;

WHEREAS, the dispositive motion cut-off date is March 22, 2018;

WHEREAS, the Final Pre-Trial Conference is set for May 17, 2018, at 2:00 p.m.;

WHEREAS, Trial is set for July 30, 2018, at 9:00 a.m.;

WHEREAS, the parties have met and conferred regarding the deadlines above; and

WHEREAS, good cause exists to extend the pretrial deadlines and trial date.

THEREFORE, the parties hereby stipulate, by and through their respective counsel, that:

1. The expert witness disclosure date currently set for February 1, 2018, should be continued to August 1, 2018;
2. The dispositive motion cut-off date currently set for March 22, 2018, should be continued to September 19, 2018;
3. The Final Pretrial Conference currently set for May 17, 2018, at 2:00 p.m. should be continued to November 15, 2018, at 2:00 p.m.; and

/ /

-2-
STIPULATION AND ORDER TO EXTEND
PRETRIAL DEADLINES AND TRIAL DATE

4. The Trial date currently set for July 30, 2018, at 9:00 a.m., should be continued to January 28, 2019, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: December 4, 2017

CLYDE & CO US LLP

By: /s/
KEVIN R. SUTHERLAND
KEVIN O. MOON
Attorneys for Defendant
EMIRATES

Dated: December 4, 2017

BARR & MUDFORD, LLP

By: /s/
JOHN D. BARR
ESTEE LEWIS
Attorneys for Plaintiff
JUDY GARRETT

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor.

IT IS HEREBY ORDERED THAT:

1. The expert witness disclosure date currently set for February 1, 2018, is continued to **August 1, 2018**;
2. The dispositive motion cut-off date currently set for March 22, 2018, is continued to **September 20, 2018**;
3. The Final Pretrial Conference currently set for May 17, 2018, at 2:00 p.m. is continued to **November 15, 2018, at 2:00 p.m.**; and
4. The Trial date currently set for July 30, 2018, at 9:00 a.m., is continued to **January 28, 2019, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: December 5, 2017

_____
Troy L. Nunley
United States District Judge